IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| TWO BROTHERS BREWING COMPANY, ) ) ) ) Plaintiff ) ) v. ) ) THREE BROTHERS BREWING, LLC, ) ) Defendant ) ) | Civil Action No. 1:14CV48 |

## STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Two Brothers Brewing Company ("Plaintiff") and Defendant Three Brothers Brewing, LLC ("Defendant"), through their respective counsel, hereby jointly stipulate and agree that the above-captioned matter, including all counterclaims, will be voluntarily dismissed with prejudice.

Respectfully submitted,

Date:  January 28, 2015

| TWO BROTHERS BREWING COMPANY | THREE BROTHERS BREWING LLC |
|---|---|
| By:       /s       | By:       /s       |
| Paul A. Gennari, Esq.<br>Elizabeth A. McKenzie, Esq.<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>Phone:  202-429-6413<br>Fax:  202-429-3902<br>Email: pgennari@steptoe.com<br>Email: emckenzie@steptoe.com<br><br>Thomas L. Holt, Esq.<br>Steptoe & Johnson, LLP<br>115 South LaSalle, Suite 3100<br>Chicago, IL  60603<br>Phone:  312-577-1300<br>Fax:  312-597-1370<br>Email:  tholt@steptoe.com<br><br>*Counsel for Two Brothers Brewing Company* | Elizabeth S. Skilling (VSB #28063)<br>Robert F. Friedman (VSB #82118)<br>Harman, Claytor, Corrigan & Wellman<br>P.O. Box 70280<br>Richmond, Virginia  23255<br>Phone:  804-747-5200<br>Fax:  804-747-6085<br>Email:  eskilling@hccw.com<br>Email:  rfriedman@hccw.com<br><br>Daniel L. Fitch, Esq. (VSB#26362)<br>Lauren R. Darden, Esq. (VSB#72867)<br>Wharton Aldhizer & Weaver, PLC<br>100 South Mason Street<br>P. O. Box 20028<br>Harrisonburg, VA  22801<br>Phone:  540-434-0316<br>Fax:  540-434-5502<br>Email:  dfitch@wawlaw.com<br>Email:  ldarden@wawlaw.com<br><br>*Counsel for Three Brothers Brewing, LLC* |